# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

131906

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MATTHEW TASKER, BRETT TASKER,
and TODD LOUIS TASKER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

        SC: 131906
        COA: 268181
        Sanilac CC
        Family Division: 03-034378-NA

TINA TASKER,
        Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006 _____

_____
Clerk

s0927